UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-418-F

| | | |
|---|---|---|
| WELLS FARGO ADVISORS, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY M. WILLIAMS, | ) | |
| Defendant. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 12th day of October, 2010.

JAMES C. FOX
Senior United States District Judge